WILLIAM A. VAN METER, ESQ.
State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89509
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LAURA L. HEINDEL,<br>          Debtor. | Case No.: BK-N 10-54281-GWZ<br><br>Chapter 13<br><br>**NOTICE OF UNCLAIMED FUNDS PURSUANT TO FED. R. BANKR. P. 3011**<br><br>Date:<br>Time:<br>Time Required: (No Hearing Required) |

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

FROM:  WILLIAM A. VAN METER, STANDING CHAPTER 13 TRUSTEE

Pursuant to 11 U.S.C. §347 and Fed.R. Bankr. P. 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28, Section 2042.

| Claim<br>Number | Claimant's Name, Address<br>and Account Number | CAS 10600 | CAS 61330 |
|---|---|---|---|
| 010 | TEMISAN OKPAKU<br>7934 WEST DRIVE<br>APT 1202<br>NORTH BAY VILLAGE, FL 33141<br>Account No: 3770 | | |
| | | $_____ | $6,479.56 |
| | TOTALS | $_____ | $6,479.56 |

Dated: April 15, 2016

                                               William A. Van Meter, Trustee

Note:  Title 28, Chapter 129, Section 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make check payable to Clerk, U.S. Bankruptcy Court.

Note:  Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

-1-

## CERTIFICATE OF SERVICE

I, Mary Rivinius, hereby swear under penalty of perjury that I am over the age of 18, not a party to the above action and that on April 15, 2016 a copy of the **NOTICE OF UNCLAIMED FUNDS PURSUANT TO FED. R. BANKR. P. 3011** in the above entitled case was mailed by me by depositing a copy thereof in the United States Mail, first-class postage prepaid to the parties addressed as indicated below.

Dated: April 15, 2016

*/s/ Mary Rivinius*
Mary Rivinius

Creditor:

TEMISAN OKPAKU
7934 WEST DRIVE
APT 1202
NORTH BAY VILLAGE, FL 33141

Debtor's Counsel:

SEAN P. PATTERSON, ESQ.
232 COURT STREET
RENO, NV 89501

Debtor:

LAURA L. HEINDEL
1136 CHANDLER BLVD.
APT. 481
N. HOLLYWOOD, CA 91601